Notice of Returned Mail to Debtor/Debtor's Attorney

December 3, 2018

From: United States Bankruptcy Court, Northern District of Alabama

Re: U.S. Courts, Bankruptcy Noticing Center - Returned Mail Notice

In re: Michael Frederick Scott, Case Number 18-04733, TOM

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The bankruptcy court, through its Bankruptcy Noticing Center (BNC), attempted to mail the attached document to the recipient(s) listed below. However, the document was returned to the BNC as undeliverable. Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether the address should be updated.

**IMPORTANT**: THIS FORM MAY BE USED TO CHANGE A CREDITOR'S ADDRESS **ONLY IF** YOU LISTED THE CREDITOR IN YOUR SCHEDULES PREVIOUSLY. YOU CANNOT USE THIS FORM TO ADD A NEW CREDITOR.

Please confirm with the bankruptcy court whether this form may be used in place of filing a separate notice of change of address and/or an amended schedule. If so, please: 1) determine the updated address and send the attached document to the notice recipient; 2) type or print legibly the updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U. S. Bankruptcy Court**
**Robert S. Vance Federal Building**
**1800 5th Avenue North**
**Birmingham, AL 35203**

Notice Recipient's Address on Envelope
Returned to the Bankruptcy Noticing Center:

Therapy South Helena
Greystone Common Blvd
Birmingham, AL 35242-2660

THE UPDATED ADDRESS IS:

Therapy South Helena
4690 Hwy 17.
Helena, AL 35080

_____
Signature of Debtor or Debtor's Attorney

12-5-18
Date

1